

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Just In Time Supplier, Inc., a Wyoming Corporation | Civil Action No. <u>18cv856-MMA(JLB)</u> |
| **Plaintiff,** | |
| **V.** | |
| Sioux Honey Association, Cooperative; Does 1-20, inclusive | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Sioux Honey's motion and dismisses Just In Time's Complaint without prejudice, subject to asserting its claims in Iowa state court.

**Date:** <u>6/14/18</u>

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  R. Chapman

R. Chapman, Deputy